THE CONNECTICUT VALLEY GRANITE AND MINING COMPANY, Respondent, *v.* THE TRUSTEES OF THE NEW YORK AND BROOKLYN BRIDGE, Appellant.

*Conn. Valley Granite Co.* v. *N. Y. & B. Bridge*, 32 App. Div. 83, appeal dismissed.
(Argued May 10, 1899; decided May 12, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered July 1, 1898, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*James C. Bergen* for appellant.

*Bert Reiss* for respondent.

Appeal dismissed, with costs.